J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
Newmeyer & Dillion LLP
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Defendants GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. HELLMAN,<br><br>                    Plaintiff,<br><br>vs.<br><br>GREYSTONE NEVADA, LLC.;<br>LENNAR SALES CORP.; DOES 1<br>through X; and ROE CORPORATIONS<br>XI through XXXI, inclusive,<br><br>                    Defendants. | CASE NO.:<br><br>[Clark County Case No.: A-20-809260-C;<br>Dept. No. I]<br><br>**DEFENDANTS GREYSTONE NEVADA, LLC AND LENNAR SALES CORP.S' PETITION FOR REMOVAL OF CIVIL ACTION**<br><br>**[JURY DEMAND]** |

COME NOW, Petitioners GREYSTONE NEVADA, LLC. and LENNAR SALES CORP. (collectively referred to hereafter as "Petitioners" or "Defendants") by and through their attorneys, the law firm of NEWMEYER & DILLION LLP, and hereby submit and respectfully show:

I.

Petitioners are Defendants in the above-entitled action.

II.

The above-entitled action was commenced by Plaintiff PETER J. HELLMAN ("Plaintiff") on January 27, 2020 in the eighth Judicial District Court in and for Clark County, District of Nevada, and is now pending in that Court. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A ("Exh. A"). A true and correct copy of Plaintiff's

1708.599 / 8691804.1

1  Summons as to Defendants are collectively attached hereto as Exhibit B ("Exh. B").

2  Plaintiff alleges that on or about August 12, 2018, he entered the real property located at 175 Elder View Drive in Las Vegas, Nevada (hereafter "Subject Property"). Plaintiff alleges that Defendants were constructing the Subject Property at the time of his visit. Plaintiff further alleges that as he was walking up the stairway, an improperly secured railing gave way causing him to fall and sustain personal injuries. *See* Exh. A, 4:7-15. In his Complaint, Plaintiff alleges that his injuries are in an amount in excess of $15,000 subject to proof at trial. *See* Exh. A, 6:11-16.

On or about March 2, 2020, Petitioners filed an Answer to Plaintiff's Complaint. A true and correct copy of Petitioners' Answer to Plaintiff's Complaint is attached hereto as Exhibit C ("Exh. C").

On or about March 11, 2020, Plaintiff filed a Request for Exemption from Arbitration alleging that Plaintiff's special damages are in excess of $146,903.36. Petitioners first became aware that Plaintiff's damages were in excess of $75,000 upon receiving this document (i.e. on March 11, 2020). A true and correct copy of Plaintiff's Request for Exemption from Arbitration is attached here as Exhibit D ("Exh. D").

With over $146,903.36 special damages at issue, the jurisdictional amount is satisfied. *See* 28 U.S.C. § 1446(b).

III.

This Petition is filed timely pursuant to 28 U.S.C. § 1446(b).

IV.

This action is a civil action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), and is one which may be removed to this Court by Petitioners, pursuant to 28 U.S.C. § 1441(a).

V.

Petitioners are informed, and believe and thereon allege that Plaintiff is, and was at the time this action was commenced, a citizen of the State of Nevada. *See* Exh. A, 1:22-25.

## VI.

Petitioner Greystone Nevada, LLC is, and at all times relevant to this action was, a foreign limited-liability company organized in the State of Delaware. Greystone Nevada, LLC has one member—Lennar Pacific Properties Management Inc. Lennar Pacific Properties Management, Inc. is a corporation incorporated in the State of Delaware, and has its principal place of business in the State of Delaware. Therefore, Lennar Pacific Properties Management, Inc. is a citizen of the State of Delaware. 28 U.S.C. § 1332(c)(1). Because Greystone Nevada, LLC is a citizen of every state of which its owners/members are citizens, Greystone Nevada, LLC is a citizen of the State of Delaware. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

## VII.

Petitioner Lennar Sales Corp. is, and at all times relevant to this action was, a foreign corporation incorporated under the laws of the State of California with its principal place of business in also in the State of California. "(A) corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated AND of the State or foreign state where it has its principal place of business …" 28 USC § 1332(c)(1). Therefore, Lennar Sales Corp. is a citizen of the State of California.

## VIII.

The above-entitled action is for personal and economic damages Plaintiff allegedly incurred from an incident that occurred at a single family home being constructed by Petitioners in Las Vegas, Nevada.

## IX.

A copy of Defendants' Petition for Removal of Civil Action, seeking removal of the above-entitled action to the United States District Court, District of Nevada, together with a copy of the Summons and Complaint have been deposited with the Deputy Clerk in the County Clerk's office for the Eighth Judicial District Court in and for Clark County, Nevada.

///

X.

Copies of all pleadings and papers served upon Petitioners in the above-entitled action are filed herewith.

XI.

This Petition is filed with this Court within thirty (30) days after Petitioners' receipt of the "first paper" from which the amount in controversy may be ascertained in this action. *See* 28 U.S.C. § 1446(b). Plaintiff claims current medical expenses of $146,903.36. *See* Exh. D., 10:2-18. Plaintiff's claims satisfy the jurisdictional requirement as they far exceed $75,000. *See* 28 U.S.C. § 1332(a).

## PRAYER

WHEREFORE, Petitioners pray that the above-entitled action be removed from the Eighth Judicial District Court in and for Clark County, Nevada, to this Court.

Dated: this 20th day of March, 2020

NEWMEYER & DILLION LLP

By: _____
J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada  89169

Attorneys for Defendants GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

## **DECLARATION OF AMTOJ S. RANDHAWA**

I, Amtoj S. Randhawa, hereby declare as follows:

1. I am an attorney, duly licensed and authorized to practice law within this Court and the courts of the State of Nevada.

2. I am an associate of the law firm of NEWMEYER & DILLION, LLP, counsel for Petitioners GREYSTONE NEVADA, LLC and LENNAR SALES CORP. in the case of *Peter J. Hellman v. Greystone Nevada, LLC, et al.*, Clark County District Court Case No. A-20-809260-C; filed in Department No.: I, of the Eighth Judicial District Court, in and for Clark County, Nevada. I have prepared and read the foregoing Petition for Removal of Civil Action and know the matters set forth to be true and correct to the best of my knowledge and belief.

3. On March 20, 2020, my office caused to be filed with the County Clerk of the Eighth Judicial District Court, in and for Clark County, Nevada, a Notice of Filing Petition for Removal, seeking removal of the above-mentioned action to the United States District Court, District of Nevada, together with a copy of this Petition for Removal of Civil Action, including Plaintiff's Complaint, Plaintiff's Summons as to Defendants, Defendants Answer to Plaintiff's Complaint, and Plaintiff's Petition for Exemption from Arbitration attached hereto, respectively, as Exhibits "A," "B," "C" and "D."

4. This Petition is filed with this Court within thirty (30) days after this Petitioners' receipt of the "first paper" from which the amount in controversy may be ascertained in the above-entitled action. See 28 U.S.C. § 1446(b). As noted above, Plaintiffs' counsel of record notified Petitioners' counsel that Plaintiff's current medical bills totaled $146,902.36 on March 11, 2020. *See* Exh. D. This was the first notice Petitioners received that the amount in controversy exceeded $75,000.

5. I caused to be served copies of the Notice of Removal to Federal Court and the Petition for Removal of Civil Action upon Plaintiff by depositing them in the United States Mail, on March 20, 2020, in an envelope properly addressed, with sufficient postage affixed, to:

John B. Greene, Esq.
Robert D. Vannah, Esq.
Vannah & Vannah
400 S. Seventh St., 4th Floor
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed this 20th day in Newport Beach, California.

*[signature]*

Amtoj S. Randhawa

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2020, I served a true and correct copy of the foregoing **DEFENDANTS GREYSTONE NEVADA, LLC AND LENNAR SALES CORP.S' PETITION FOR REMOVAL OF CIVIL ACTION** by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to counsel of record, at the address listed below.

| | |
|---|---|
| John B. Greene, Esq.<br>Robert D. Vannah, Esq.<br>Vannah & Vannah<br>400 S. Seventh St., 4th Floor<br>Las Vegas, NV  89101 | Attorneys for Plaintiff<br>Telephone: (702) 369-4161<br>Facsimile (702) 369-0104<br>jgreene@vannahlaw.com<br>rvannah@vannahlaw.com |

*Carolyn R Bott*
An employee of Newmeyer & Dillon LLP

1708.599 / 8691804.1         - 7 -