J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
Newmeyer & Dillion LLP
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Defendants GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. HELLMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>GREYSTONE NEVADA, LLC.;<br>LENNAR SALES CORP.; DOES 1 through X; and ROE CORPORATIONS XI through XXXI, inclusive,<br><br>  Defendants. | CASE NO.: 2:20-cv-00559-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

Defendants GREYSTONE NEVADA, LLC and LENNAR SALES CORP. ("Greystone"), by and through their counsel of record, Amtoj Randhawa, Esq. of Newmeyer & Dillion LLP, and Plaintiff PETER J. HELLMAN, by and through his counsel of record, John B. Greene, Esq. of Vannah & Vannah, HEREBY STIPULATE pursuant to LR IA 6-1, and request the Court to extend all remaining discovery deadlines by 120 days, as set forth herein.

These extensions are requested in light of the difficulties the parties have faced in conducting discovery given the ongoing COVID-19 pandemic and the business and administrative disruptions caused by same.

/ / /

/ / /

1708.599 / 8932191.1

The parties hereby stipulate and request to continue the dates set forth in the Court's Scheduling Order (ECF 9) as follows:

1. That the Discovery Cut-off be extended from **December 28, 2020 to April 27, 2021**;

2. That the time for parties to file any motions to amend the pleadings to add parties be extended from **September 28, 2020 to January 26, 2021.**

3. That the Disclosure of experts and their reports shall be extended from **October 28, 2020 to February 25, 2021.** The disclosure of rebuttal experts and their reports shall be extended from **November 27, 2020 to March 29, 2021.**

4. That the interim status report shall be extended from **October 28, 2020 to February 25, 2021.**

5. That the time for parties to file Dispositive Motions shall be extended from **January 27, 2021 to May 27, 2021.**

6. That the time for parties to prepare a Consolidated Pre-Trial Order shall be extended from **February 28, 2021 to June 25, 2021.**

7. That the time for parties to stipulate or move to extend the discovery cutoff be extended from **December 4, 2020 to April 6, 2021.**

Dated: this 8th day of September, 2020   NEWMEYER & DILLION LLP

By: _____
J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169

Attorneys for Defendants GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

Dated: this 8 day of September, 2020   VANNAH & VANNAH

By: _____
JOHN B. GREENE, ESQ. SBN 4279
ROBERT D. VANNAH, ESQ. SBN 2503
400 S. Seventh St., 4th Floor
Las Vegas, Nevada 89101

Attorneys for Plaintiff PETER J. HELLMAN

### ORDER

The parties' stipulation is GRANTED in part and DENIED in part. The Court will grant the parties an additional 60 days of discovery, rather than 120 days. The Court is happy to consider additional extensions if the parties cannot safely complete discovery within the extended period. However, if the parties again move or stipulate to extend discovery, the parties should endeavor to provide a more detailed explanation about why discovery cannot be completed within the extend period.

**IT IS SO ORDERED**:

Date: September 10th, 2020   _____
**UNITED STATES DISTRICT JUDGE**