1  J. NATHAN OWENS, ESQ. SBN 12843
   AMTOJ S. RANDHAWA, ESQ. SBN 13746
2  Newmeyer & Dillion LLP
   3800 Howard Hughes Pkwy, Suite 700
3  Las Vegas, Nevada  89169
   Telephone: (702) 777-7500
4  Facsimile: (702) 777-7599
   Nathan.Owens@ndlf.com
5  Amtoj.Randhawa@ndlf.com

6  Attorneys for Defendants,
   GREYSTONE NEVADA, LLC;
7  LENNAR SALES CORP.

8

9                    UNITED STATES DISTRICT COURT

10                        DISTRICT OF NEVADA

11

12  PETER J. HELLMAN,                    CASE NO.: 2:20-cv-00559-JCM-BNW

13              Plaintiff,
                                         **STIPULATION AND [PROPOSED]**
14  vs.                                  **ORDER TO EXTEND DISCOVERY**
                                         **DEADLINES**
15  GREYSTONE NEVADA, LLC.;
    LENNAR SALES CORP.; DOES 1           **[SECOND REQUEST]**
16  through X; and ROE CORPORATIONS
    XI through XXXI, inclusive,
17
                Defendants.
18

19       Defendants  GREYSTONE  NEVADA,  LLC  and    LENNAR  SALES  CORP.

20  (collectively "Defendants"), by and through their counsel of record, Amtoj S. Randhawa,

21  Esq. of the law firm of Newmeyer & Dillion LLP, and Plaintiff PETER J. HELLMAN

22  ("Plaintiff"), by and through his counsel of record, John B. Greene, Esq. of Vannah &

23  Vannah, HEREBY STIPULATE pursuant to LR IA 6-1, and request the Court to extend all

24  remaining discovery deadlines by 120 days, as set forth herein.

25       These extensions are requested in light of the difficulties the parties have faced in

26  conducting discovery given: (1) the ongoing COVID-19 pandemic, (2) the business and

27  administrative disruptions caused by same, and (3) Defendants' counsel's recent infection

28  with the COVID-19 virus. As a result, Defendants' counsel is unable to participate in

1708.599 / 9060646.1

1  multiple upcoming depositions (as set forth below), and Defendants' counsel is unable to

2  comply with the current court-ordered deadlines. Defendants' counsel is praying for a

3  speedy and healthy recovery, but as this Court is aware, there is no definitive time frame

4  as to when that might occur.

5        Good cause exists to grant the relief requested herein given that Defendants'

6  counsel is currently recovering from the COVID-19 virus, and as a result, the parties' are

7  unable to complete the necessary depositions and discovery before the December 28,

8  2020 deadline to exchange expert witness information. The parties have been working

9  diligently to conduct discovery, and as of the date of this stipulation, the parties have

10  served and exchange responses to special interrogatories and requests for production of

11  documents, and the parties had scheduled the following depositions within the upcoming

12  days:

13        (1)    December 1, 2020: Deposition of Amanda Hellman;

14        (2)    December 3, 2020: Deposition of Plaintiff;

15        (3)    December 7, 2020: Deposition of Tom Dome;

16        (4)    December 7, 2020: Deposition of FRCP 30(b)(6) witness for Greystone

17  Nevada, LLC;

18        (5)    December 8, 2020: Deposition of Melissa Flores; and

19        (6)    December 8, 2020: Deposition of FRCP 30(b)(6) witness for Lennar Sales

20  Corp.

21        However, in light of Defendants' counsel's inability to appear for these depositions,

22  and general unavailability for the near future, these depositions have been vacated and

23  will be rescheduled for another date once Defendants' counsel has recovered and is able

24  to return to work.

25  / / /

26  / / /

27  / / /

28  / / /

1708.599 / 9060646.1                                   - 2 -

1    In light of the circumstances set forth above, the parties hereby stipulate and
2  request to continue the dates set forth in the Court's Scheduling Order (ECF 13) as follows:

3    1.    That the discovery cut-off be extended from **February 26, 2021 to June 28,**
4  **2021;**

5    2.    That the time for parties to file any motions to amend the pleadings to add
6  parties be extended from **November 27, 2020 to March 29, 2021;**

7    3.    That the disclosure of experts and their reports shall be extended from
8  **December 28, 2020 to April 27, 2021;**

9    4.    The disclosure of rebuttal experts and their reports shall be extended from
10  **January 26, 2021 to May 26, 2021;**

11    5.    That the time for parties to file Dispositive Motions shall be extended from
12  **March 28, 2021 to July 26, 2021;**

13    6.    That the time for parties to prepare a Consolidated Pre-Trial Order shall be
14  extended from **April 29, 2021 to August 27, 2021; and**

15    7.    That the time for parties to stipulate or move to extend the discovery cutoff
16  be extended from **February 2, 2021 to June 2, 2021.**

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

NEWMEYER
DILLION

1  Dated:this 30th day of November, 2020   NEWMEYER & DILLION LLP

2

3  By: _____

4  J. NATHAN OWENS, ESQ. SBN 12843
   AMTOJ S. RANDHAWA, ESQ. SBN 13746
   3800 Howard Hughes Pkwy, Suite 700
5  Las Vegas, Nevada  89169

6  Attorneys for Defendants GREYSTONE
   NEVADA, LLC; LENNAR SALES CORP.

7  Dated:this 30th day of November, 2020   VANNAH & VANNAH

8

9  By: _____

10  JOHN B. GREENE, ESQ. SBN 4279
   ROBERT D. VANNAH, ESQ. SBN 2503
11  400 S. Seventh St., 4th Floor
   Las Vegas, Nevada  89101

12  Attorneys for Plaintiff PETER J. HELLMAN

13

14              ORDER

15  **IT IS SO ORDERED**

16  **DATED:** 1:37 pm, December 04, 2020

17

18

19  **BRENDA WEKSLER**
   **UNITED STATES MAGISTRATE JUDGE**

20

21

22

23

24

25

26

27

28

1708.599 / 9060646.1                 - 4 -