J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
NEWMEYER & DILLION LLP
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Defendants,
GREYSTONE NEVADA, LLC;
LENNAR SALES CORP.

NEWMEYER DILLION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. HELLMAN,<br><br>Plaintiff,<br><br>vs.<br><br>GREYSTONE NEVADA, LLC.; LENNAR SALES CORP.; DOES 1 through X; and ROE CORPORATIONS XI through XXXI, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00559-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]** |

Defendants GREYSTONE NEVADA, LLC and LENNAR SALES CORP. (collectively “Defendants”), by and through their counsel of record, Amtoj S. Randhawa, Esq. of the law firm of Newmeyer & Dillion LLP, and Plaintiff PETER J. HELLMAN (“Plaintiff”), by and through his counsel of record, John B. Greene, Esq. of Vannah & Vannah, HEREBY STIPULATE pursuant to LR IA 6-1, and request the Court to extend all remaining discovery deadlines by 70 days, as set forth herein.

These extensions are requested in light of Plaintiff’s recent infection with the COVID-19 virus and consequent inability to appear for his Independent Medical Examination (“IME”), currently scheduled for Tuesday, March 23, 2021.

/ / /

Good cause exists to grant the relief requested herein given that Plaintiff has tested positive for COVID-19 and cannot appear for his currently-scheduled IME. As a result, Defendants' experts are unable to evaluate Plaintiff and prepare expert reports before the currently-scheduled expert disclosure deadline, and the earliest date on which the IME can be rescheduled is May 25, 2020.

The parties have been working diligently to conduct discovery, and as of the date of this stipulation, the parties have completed the following discovery:

(1) Plaintiff has served responses to Defendants' special interrogatories and requests for production of documents;

(2) Defendants have served responses to Plaintiff's special interrogatories and requests for production of documents;

(3) Defendants have completed the deposition of Plaintiff Peter Hellman;

(4) Defendants have completed the deposition of Lars Bangen;

(5) Defendants have completed the deposition of Amanda Hellman;

(6) Plaintiff has completed the deposition of Thomas Dome;

(7) Plaintiff has completed the deposition of FRCP 30(b)(6) witness for Greystone Nevada, LLC;

(8) Plaintiff has completed the deposition of Melissa Flores; and

(9) Plaintiff has completed the deposition of FRCP 30(b)(6) witness for Lennar Sales Corp.

In light of the circumstances set forth above, the parties hereby stipulate and request to continue the dates set forth in the Court's Scheduling Order (ECF 15) as follows:

1. That the discovery cut-off be extended from **June 28, 2021 to September 6, 2021;**

2. That the time for parties to file any motions to amend the pleadings and/or add parties to this action be extended from **March 29, 2021 to June 7, 2021;**

3. That the disclosure of experts and their reports shall be extended from **April 27, 2021 to July 6, 2021;**

NEWMEYER DILLION

4. The disclosure of rebuttal experts and their reports shall be extended from **May 26, 2021 to August 4, 2021;**

5. That the time for parties to file Dispositive Motions shall be extended from **July 26, 2021 to October 4, 2021;**

6. That the time for parties to prepare a Consolidated Pre-Trial Order shall be extended from **August 27, 2021 to November 5, 2021; and**

7. That the time for parties to stipulate or move to extend the discovery cutoff be extended from **June 2, 2021 to August 11, 2021.**

Dated:this 22nd day of March, 2021

NEWMEYER & DILLION LLP

By: [signature]

J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169

Attorneys for Defendants GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

Dated:this 22nd day of March, 2021

VANNAH & VANNAH

By: */s/ John B. Greene*

JOHN B. GREENE, ESQ. SBN 4279
ROBERT D. VANNAH, ESQ. SBN 2503
400 S. Seventh St., 4th Floor
Las Vegas, Nevada 89101

Attorneys for Plaintiff, PETER J. HELLMAN

ORDER

**IT IS SO ORDERED**

**DATED:** 10:59 am, March 26, 2021

[signature]

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**



NEWMEYER DILLION