J. NATHAN OWENS, ESQ. SBN 12843
AMTOJ S. RANDHAWA, ESQ. SBN 13746
NEWMEYER & DILLION LLP
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599
Nathan.Owens@ndlf.com
Amtoj.Randhawa@ndlf.com

Attorneys for Defendants/Third-Party Plaintiffs
GREYSTONE NEVADA, LLC; LENNAR SALES CORP.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER J. HELLMAN,<br><br>Plaintiff,<br><br>vs.<br><br>GREYSTONE NEVADA, LLC.; LENNAR SALES CORP.; DOES I through X; and ROE CORPORATIONS XI through XXXI, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00559-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANT AMANDA HELLMAN TO FILE A RESPONSE TO THIRD-PARTY COMPLAINT**<br><br>**[FIRST REQUEST]** |
| GREYSTONE NEVADA, LLC; and LENNAR SALES CORP.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>AMANDA HELLMAN,<br><br>Third-Party Defendant. | |

Defendants/Third-Party Plaintiffs GREYSTONE NEVADA, LLC and LENNAR SALES CORP., by and through their counsel of record, NEWMEYER & DILLION LLP, and Third-Party Defendant, AMANDA HELLMAN, specially appearing through HAND & SULLIVAN, LLC, hereby stipulate as follows:

That on May 10, 2021, Defendants/Third-Party Plaintiffs GREYSTONE NEVADA,

1708.599 / 9396835.1

1 | LLC and LENNAR SALES CORP. filed a Third-Party Complaint against Third-Party Defendant AMANDA HELLMAN.

That Third-Party Defendant AMANDA HELLMAN was served with Third-Party Complaint on May 19, 2021.

That Third-Party Defendant AMANDA HELLMAN has submitted this claim to her insurer who is investigating the claim and has asked for an extension of time to complete said investigation and appoint counsel;

That Third-Party Defendant AMANDA HELLMAN hereby requests an extension to file her response to Third-Party Complaint on or before July 30, 2021.

Based on the foregoing, the Parties agree that Third-Party Defendant AMANDA HELLMAN shall file her response to Defendants/Third-Party Plaintiffs GREYSTONE NEVADA, LLC and LENNAR SALES CORP. Third-Party Complaint on or before July 30, 2021.

| Dated: this 1ST day of July, 2021 | Dated: this 1st day of July, 2021 |
|---|---|
| NEWMEYER & DILLION LLP | HAND & SULLIVAN, LLC |
| By: */s/ J. Nathan Owens* | By: */s/ George F. Hand* |
| J. NATHAN OWENS, ESQ. SBN 12843<br>AMTOJ S. RANDHAWA, ESQ. SBN 13746<br>3800 Howard Hughes Pkwy, Suite 700<br>Las Vegas, Nevada 89169<br>Telephone: (702) 777-7500<br>Facsimile: (702) 777-7599<br>Nathan.Owens@ndlf.com<br>Amtoj.Randhawa@ndlf.com<br><br>Attorneys for Defendants/Third-Party Plaintiffs GREYSTONE NEVADA, LLC; LENNAR SALES CORP. | GEORGE F. HAND, ESQ. SBN 8483<br>3442 North Buffalo Drive<br>Las Vegas, Nevada 89129<br>Telephone: (702) 656-5814<br>Facsimile: (702) 656-9820<br>ghand@handsullivan.com<br><br>Specially Appearing for Third-Party Defendant AMANDA HELLMAN |

**ORDER**

**IT IS HEREBY ORDERED** based upon the foregoing Stipulation of the parties, Third-Party Defendant, AMANDA HELLMAN will have until  July 30  , 2021 to file a response to Defendants/Third-Party Plaintiffs' GREYSTONE NEVADA, LLC and LENNAR SALES CORP. Third-Party Complaint.

**IT IS SO ORDERED.**

Dated this  6th  day of July, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE