J. NATHAN OWENS, ESQ. SBN 12843
AARON B. SHUMWAY, ESQ. SBN 10759
SAVERA K. SANDHU, ESQ. SBN 10741
NEWMEYER & DILLION LLP
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599
Nathan.Owens@ndlf.com
Aaron.Shumway@ndlf.com
Savera.Sandhu@ndlf.com

Attorneys for Defendants/Third-Party Plaintiffs
GREYSTONE NEVADA, LLC; LENNAR SALES CORP.




UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PETER J. HELLMAN,

Plaintiff,

vs.

GREYSTONE NEVADA, LLC.; LENNAR SALES CORP.; DOES I through X; and ROE CORPORATIONS XI through XXXI, inclusive,

Defendants.

GREYSTONE NEVADA, LLC; and LENNAR SALES CORP.,

Third-Party Plaintiffs,

vs.

AMANDA HELLMAN,

Third-Party Defendant.

CASE NO.: 2:20-cv-00559-JCM-BNW

**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AND THIRD PARTY COMPLAINT WITH PREJUDICE**

/ / /

/ / /

/ / /

/ / /

Plaintiff PETER J. HELLMAN and Defendants/ Third Party Plaintiffs GREYSTONE NEVADA, LLC and LENNAR SALES CORP., and Third Party Defendant AMANDA HELLMAN by and through their respective counsels of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-caption actions, and any and all claims asserted by Plaintiff against Defendant and by Third-Party Plaintiffs against Third-Party Defendant in said captioned action is and are hereby dismissed with prejudice.

All parties are to bear their own costs, attorney's fees and expenses related hereto.

SO STIPULATED:

Dated: 26 day of July 2022

VANNAH & VANNAH

JOHN B. GREENE, ESQ. SBN 002503 4279
400 S. Seventh St., 4th Floor
Las Vegas, NV 89101
Telephone: (702) 369-4161
Facsimile: (702) 369-0104

Attorneys for Plaintiff PETER J. HELLMAN

Dated: 29th day of July 2022

NEWMEYER & DILLION LLP

J. NATHAN OWENS, ESQ. SBN 12843
AARON B. SHUMWAY, ESQ. SBN 10759
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599

Attorneys for Defendants/Third-Party Plaintiffs, GREYSTONE NEVADA, LLC and LENNAR SALES CORP.

Dated: 27 day of July 2022

HAND & SULLIVAN, LLC

GEORGE F. HAND, ESQ. SBN 8483
3442 North Buffalo Dr.
Las Vegas, NV 89129
Telephone: (702) 656-5814
Facsimile: (702) 656-9820

Attorneys for Plaintiff AMANDA. HELLMAN

NEWMEYER DILLION

**ORDER**

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff PETER J. HELLMAN against Defendant GREYSTONE NEVADA, LLC and LENNAR SALES CORP, and any and all claims asserted by Third Party Plaintiffs GREYSTONE NEVADA, LLC and LENNAR SALES CORP against Third Party Defendant AMANDA HELLMAN in said captioned action is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.**

DATED: August 4, 2022

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

NEWMEYER & DILLION LLP

By: ______________________________

J. NATHAN OWENS, ESQ. SBN 12843
AARON B. SHUMWAY, ESQ. SBN 10759
3800 Howard Hughes Pkwy, Suite 700
Las Vegas, Nevada 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599

Attorneys for Defendants/Third-Party Plaintiffs
GREYSTONE NEVADA, LLC and LENNAR SALES CORP.



NEWMEYER DILLION